DOZIER *vs.* WILKERSON & HATCHER *et al.*

REFUSAL OF INJUNCTION, FROM TALBOT. Husband and Wife. Debtor and Creditor. Judgments. Equity. Laches. Res adjudicata. (Before Judge Willis.)

Hall. J—A married woman has no grounds to enjoin the *fi. fa.* issuing upon a judgment of foreclosure of a mortgage against her which she alleges was given as a security for the debt of her husband, unless she shows that she had a good defense to the suit of which she was entirely ignorant, or which she was prevented from making before the judgment was rendered either by fraud or accident or the conduct of the other party and such failure to set up her defense must have been unmixed with fraud or negligence on her part. The questions made by the bill were as between the parties, res adjudicata by the judgment

of foreclosure. Wingfield, trustee, *vs.* Rhea, cashier, (Sept. term, 1884); 70 Ga., 57, 63, 475, 552.

Judgment affirmed.

C. J. Thornton; H. Parsons, for plaintiff in error.

J. J. Bull, by brief, for defendants.